

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **08CR 350** |
| ) | |
| v. ) | Violation: Title 18, United States |
| ) | Code, Section 1703(b) |
| SHAUNA CRAWFORD ) | |

**MAGISTRATE JUDGE COLE**

The UNITED STATES ATTORNEY charges:

On or about December 1, 2007, at Wilmington, in the Northern District of Illinois, Eastern Division,

SHAUNA CRAWFORD,

defendant herein, being a United States Postal Service employee, namely, a Rural Carrier Associate at the Wilmington Post Office in Wilmington, Illinois, did knowingly and without authority open mail not addressed to her, namely, a piece of first-class mail addressed to Victim A at a residence located in Wilmington, Illinois, which mail contained a greeting card;

In violation of Title 18, United States Code, Section 1703(b).

UNITED STATES ATTORNEY

FILED
MAY 01 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT