*Misdemeanor* -e

# 08CR 350

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**MAGISTRATE JUDGE COLE**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   YES ☐

6) What level of offense is this indictment or information?   FELONY ☐   **MISDEMEANOR X**

7) Does this indictment or information involve eight or more defendants?   **NO X**   YES ☐

8) Does this indictment or information include a conspiracy count?   **NO X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)
   ☐ Criminal Antitrust ...... (II)
   ☐ Bank robbery ......... (II)
   ☐ Post Office Robbery .... (II)
   ☐ Other Robbery ........ (II)
   ☐ Assault ............. (III)
   ☐ Burglary ............ (IV)
   ☐ Larceny and Theft ..... (IV)
   **X** Postal Embezzlement .... (IV)
   ☐ Other Embezzlement .... (III)

   ☐ Income Tax Fraud ......... (II)
   ☐ Postal Fraud ............. (II)
   ☐ Other Fraud ............. (III)
   ☐ Auto Theft .............. (IV)
   ☐ Transporting Forged Securities . (III)
   ☐ Forgery ................ (III)
   ☐ Counterfeiting ........... (III)
   ☐ Sex Offenses ............ (II)
   ☐ DAPCA Marijuana ........ (III)
   ☐ DAPCA Narcotics ........ (III)

   ☐ DAPCA Controlled Substances .. (III)
   ☐ Miscellaneous General Offenses .. (IV)
   ☐ Immigration Laws .......... (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws .......... (IV)
   ☐ Motor Carrier Act .......... (IV)
   ☐ Selective Service Act ........ (IV)
   ☐ Obscene Mail ............. (III)
   ☐ Other Federal Statutes ....... (III)
   ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

    Title 18 USC §1703(b)

**FILED**
**MAY 0 1 2008 TC**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Megan Cunniff Church
Assistant United States Attorney

(Revised 12/99)