UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. **08CR 350** |
| v. ) | |
| ) | |
| SHAUNA CRAWFORD ) | |

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the information returned in the above-captioned case.

Respectfully,

**FILED**
MAY 01 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PATRICK J. FITZGERALD
United States Attorney

By: _____
MEGAN CUNNIFF CHURCH
Assistant U.S. Attorney
312-886-1173