# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                 Case No.: 1:08−cr−00350

                                                                 Honorable Jeffrey Cole

Shauna Crawford

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Jeffrey Cole:Defendant's oral motion to reset the arraignment from 5/8/08 at 10:30 a.m. to 5/8/08 at 2:00 p.m. is granted. Telephoned and mailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.