## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 350 - 1 | **DATE** | 5/8/2008 |
| **CASE TITLE** | United States of America vs. Shauna Crawford | | |

**DOCKET ENTRY TEXT**

Initial appearance and arraignment held. Bond hearing held. Defendant waives formal reading of the information. Defendant enters a plea of not guilty. Parties agree on a $4,500.00 Own Recognizance Bond. The Court grants the parties oral motion for defendant's release on $4,500.00 Own Recognizance Bond. Enter order setting Conditions of Release on Bond. Change of plea hearing is set for May 23, 2008 at 2:00 p.m. Time is excludable from 5/8/08 to May 23, 2008. (X-E)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|