## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 350 - 1 | **DATE** | 5/23/2008 |
| **CASE TITLE** | United States of America vs. Shauna Crawford | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant informed of her rights. Defendant advised of charges and maximum penalties. The Court finds the defendant competent to enter plea. Defendant waives her various trial and appellate rights as discussed in court and in written plea agreement. Court finds factual basis for the plea and the plea is knowingly and voluntary. Defendant enters plea of guilty to the information. Judgment of guilty entered. Cause referred to probation for a pre-sentence investigation. Sentencing is set for 8/4/08 at 2:00 p.m.

Docketing to mail notices.

0:45

| | Courtroom Deputy Initials: | CDH |
|---|---|---|