MHN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

U.S.A v.

SHAUNA CRAWFORD

Case

08 CR 350

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHAUNA CRAWFORD

FILED
5-30-2008
MAY 30 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | Patrick E. Boyle |
|---|---|
| FIRM | LAW OFFICES OF PATRICK E. BOYLE |
| STREET ADDRESS | 155 N. MICHIGAN AVE. SUITE 562 |
| CITY/STATE/ZIP | CHICAGO IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6209812 | TELEPHONE NUMBER 312 565 2888 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒