## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 350 - 1 | **DATE** | 7/8/2008 |
| **CASE TITLE** | United States of America vs. Shauna Crawford | | |

**DOCKET ENTRY TEXT**

Sentencing set for August 4, 2008 at 2:00 p.m. is reset to August 6, 2008 at 2:00 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|