**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | 08 CR 350-1 |
| | ) | |
| **SHAUNA CRAWFORD,** | ) | Judge Jeffrey Cole |
| **Defendant.** | ) | |

---

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

---

TO:　Megan Cunniff Church　　　　　　　Lisa Lopez Palmer
　　　Assistant United States Attorney　　　U.S. Probation Officer
　　　219 South Dearborn Street, 5th Floor　55 East Monroe Street – Suite 1500
　　　Chicago, IL 60604　　　　　　　　　Chicago, IL 60603

　　　**PLEASE TAKE NOTICE** that on **Wednesday, August 6, 2008,** we have electronically filed the following document:

**DEFENDANT SHAUNA CRAWFORD'S SENTENCING MEMORANDUM**

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SHAUNA CRAWFORD

　　　　　　　　　　　　　By:　s/ Patrick E. Boyle
　　　　　　　　　　　　　　　　By her attorney Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

**CERTIFICATE OF SERVICE**

      The undersigned Attorney certifies that the following Notice of Filing was served on **Wednesday, August 6, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                By:    s/ Patrick E. Boyle
                                                              PATRICK E. BOYLE

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888