AO 245 (Rev. 12/03) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

_____Northern_____    District of _____Illinois_____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|

**V.**

(For Offenses Committed Prior to November 1, 1987)

Case Number:   08 CR 350-1
Patrick E. Boyle
Law Offices of Patrick E. Boyle
155 North Michigan Avenue  #562
Chicago, Illinois 60601
( 312) 565-288

Shauna Crawford

(Name of Defendant)                    Defendant's Attorney

## THE DEFENDANT:

X   pleaded guilty to count(s)  1 of the Information                                                    .

☐   was found guilty on count(s)  _____
     after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1703(b) | United States Postal Employee, namely, a Rural Carrier Associate at the Wilmington Post Office in Wilmington, Illinois, did knowingly and without authority open mail not addressed to her, namely, a piece of first-class mail addressed to Victim A at a residence located in Wilmington, Illinois, which mail contained a greeting card. | | 1 of the Information |

☐   The defendant has been found not guilty on count(s) _____
     and is discharged as to such count(s).

☐   Count(s) _____ ☐ (is)  ☐ (are) dismissed on the motion of the United States.

## IT IS THE JUDGMENT OF THIS COURT THAT:

The Defendant, Shauna Crawford is sentenced to 1 (One) Year of Probation.

In addition to any conditions of probation imposed above.  IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed.

## CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this judgment, the defendant:

1) shall not commit another federal, state or local crime;
2) shall not leave the judicial district without the permission of the court or probation officer;
3) shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;
15) shall pay any fine or obligation imposed by this judgment;
16) shall not possess a firearm or destructive device.

X  IT IS FURTHER ORDERED that the defendant shall pay a special assessment of $   25.00                          , for count(s)
1 of Information   , which shall be due    X  immediately    ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

☐ The court orders commitment to the custody of the Attorney General and recommends:

August 6, 2008
Date of Imposition of Sentence

Signature of Judge

Jeffrey Cole, Magistrate Judge
Name and Title of Judge

Aug 8 2008
Date

**RETURN**

Defendant delivered on _____ to _____ at
_____ with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal